UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERRY HOANG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A., et al., <br><br> Defendants. | CASE NO. C17-0874JLR <br><br> ORDER GRANTING EXTENSION OF TIME AND RENOTING MOTION TO DISMISS |

Before the court is Plaintiffs Jerry Hoang and Le Uyen Thi Hoang's (collectively, "the Hoangs") motion for an extension of time (MFE (Dkt. # 9)) to respond to Defendants Bank of America, N.A., and Federal National Mortgage Association's (collectively, "Defendants") motion to dismiss (MTD (Dkt. # 4)). The Hoangs request an extension to July 31, 2017, to respond to the motion to dismiss. (MFE at 1-2.) Defendants do not object to the Hoangs' motion. (MFE Resp. (Dkt. # 10) at 1-2.) Pursuant to the Local Civil Rules, however, Defendants propose that the court simply

ORDER - 1

re-note the motion to dismiss for August 4, 2017, making the Hoangs' response due on July 31, 2017. (*Id.* (citing Local Rules W.D. Wash. LCR 7(d)(3)).)

The court finds that the Hoangs have demonstrated good cause for an extension. (*See* Hoang Decl. (Dkt. # 9-1) ¶¶ 4-9 (explaining that Mr. Hoang's father died suddenly on June 22, 2017; Mr. Hoang's religion mandates a 30-day mourning period after the death of a close family member; and during that mourning period, Mr. Hoang cannot meaningfully assist in his case).) The court GRANTS the Hoangs' motion for an extension of time (Dkt. # 9), and DIRECTS the Clerk to re-note Defendants' motion to dismiss (Dkt. # 4) for August 4, 2017. The Hoangs' response is now due on July 31, 2017.[1] *See* Local Rules W.D. Wash. LCR 7(d)(3).

Dated this 7th day of July, 2017.

JAMES L. ROBART
United States District Judge

---

[1] The Hoangs appear to have violated Local Civil Rule 7 by failing to confer with Defendants in an effort to obtain a stipulated extension. *Cf.* Local Rules W.D. Wash. LCR 7(j) ("A motion for relief from a deadline should, whenever possible, be filed sufficiently in advance of the deadline to allow the court to rule on the motion prior to the deadline. . . If a true, unforeseen emergency exists that prevents a party from meeting a deadline, and the emergency arose too late to file a motion for relief from the deadline, the party should contact the adverse party, meet and confer regarding an extension, and file a stipulation and proposed order with the court."); (*see also* MFE Resp. at 1-2 (indicating Defendants' non-opposition to the extension)). The court DIRECTS counsel for the Hoangs to carefully review Local Civil Rule 7 before submitting any further filings to the court.