# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JERRY HOANG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA NA, <br><br> Defendant. | CASE NO. C17-0874JLR <br><br> ORDER GRANTING MOTION TO PROCEED PRO SE |

On March 8, 2019, the court granted Plaintiff Jerry Hoang's motion for an order of substitution to proceed *pro se*. (3/8/19 Order (Dkt. # 27) at 2-3); *see also* Local Rules W.D. Wash. LCR 83.2(b)(5). The court also directed Plaintiff Le Uyen Thi Hoang to file a motion for an order of substitution to proceed *pro se* because she did not sign Mr. Hoang's motion. (*Id.*) On March 19, 2019, Mr. Hoang and Ms. Hoang jointly filed a motion for substitution to proceed *pro se*, signed by both parties. (Mot. (Dkt. # 28) at 1.) The court hereby GRANTS Ms. Hoang's motion for an order of substitution to proceed

//

ORDER - 1

*pro se* (Dkt. # 28) and DIRECTS the Clerk to terminate James A. Wexler and Jill J. Smith as counsel for Mr. Hoang and Ms. Hoang in this matter.

Dated this 26th day of March, 2019.

_____
The Honorable James L. Robart
U.S. District Court Judge