# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JERRY HOANG, et al., | CASE NO. C17-0874JLR |
| Plaintiffs, | SHOW CAUSE MINUTE ORDER |
| v. | |
| BANK OF AMERICA NA, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart, U.S. District Judge:

It is ORDERED that counsel show cause by May 10, 2019, why this action should not be dismissed for failing to comply with Order requiring Status Report signed March 26, 2019, and due April 25, 2019. Absent a timely response to this Order, the action

//

//

//

MINUTE ORDER - 1

1  SHALL BE DISMISSED without prejudice.

2       Filed and entered this 30th day of April, 2019.

3                                    WILLIAM M. MCCOOL
                                     Clerk of Court
4

5                                    s/ Ashleigh Drecktrah
                                     Deputy Clerk

MINUTE ORDER - 2