UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERRY HOANG, et al.,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>BANK OF AMERICA NA, et al.,<br><br>　　　　　　　　Defendants. | CASE NO. C17-0874JLR<br><br>ORDER ON RESPONSE TO<br>ORDER TO SHOW CAUSE |

Before the court is Plaintiffs Jerry Hoang and Le Uyen Thi Hoang's (collectively, "Plaintiffs") response to the court's order to show cause why this action should not be dismissed in light of the parties' failure to file a joint status report in accordance with the court's scheduling order. (Pls. Resp. (Dkt. # 35); 2d Pls. Resp. (Dkt. # 36); *see also* OSC (Dkt. # 33); Sched. Order (Dkt. # 31).) Plaintiffs represent that the parties are in settlement discussions and ask that the court continue the deadline for the joint status report to June 1, 2019. (2d Pls. Resp. at 2.) Plaintiffs' request is unopposed. (*See*

//

ORDER - 1

*generally* Dkt.)  The court therefore ORDERS the parties to file a joint status report no later than Monday, June 3, 2019.

Dated this 13th day of May, 2019.

*signature*

The Honorable James L. Robart
U.S. District Court Judge